# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHAMICA WARE,

    Plaintiff,

v.	Case No: 8:24-cv-2699-CEH-AAS

EQUIFAX INFORMATION
SERVICES LLC,

    Defendant.

---

## ORDER

This matter is before the Court upon review of the docket. Pursuant to a notice of settlement indicating the parties settled their dispute (Doc. 13), the Court entered an Order on December 3, 2024, dismissing the action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice, or move to reopen the action (Doc. 14). To date the parties have not submitted a stipulation or final judgment, or moved to reopen the action. Pursuant to this Court's December 3, 2024 Order, the matter will be dismissed with prejudice. The Clerk is directed to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on February 5, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties